02-11-125&262-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00125-CV

 

 


 
 
 City of The Colony, Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 John McDonald
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM County
Court at Law No. 2 OF Denton COUNTY

------------

AND

 

NO. 02-11-00262-CV

 

 


 
 
 City of the Colony, Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 John McDonald, Individually and as Next Friend For
 Minor Patrick Tucker McDonald
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 431st
District Court OF Denton COUNTY

------------

 

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant’s “Agreed Motion To Dismiss
Appeals.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeals.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeals shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

 

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and WALKER, J.  

 

DELIVERED:
 March 15, 2012









[1]See Tex. R. App. P. 47.4.